**JOHNSON v. CITY OF WINSTON-SALEM**

[362 N.C. 676 (2008)]

STEVIE JOHNSON, Employee v. CITY OF WINSTON-SALEM, Employer, SELF-INSURED

No. 111A08

(Filed 12 December 2008)

Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 188 N.C. App. 383, 656 S.E.2d 608 (2008), affirming an opinion and award entered by the North Carolina Industrial Commission on 5 February 2007. Heard in the Supreme Court on 13 October 2008.

*Roderick T. McIver for plaintiff-appellee.*

*Wilson & Coffey, LLP, by Kevin B. Cartledge and Lorin J. Lapidus, for defendant-appellant.*

PER CURIAM.

AFFIRMED.